**Order entered April 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00413-CV

### FOR THE BEST INTEREST AND PROTECTION OF F.S., Appellant

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-13-70178**

## ORDER

The Court has before it appellant's April 25, 2013 motion for redaction of appellant's name in notice of appeal. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to remove the notice of appeal from public availability on the internet.

/s/    ELIZABETH LANG-MIERS
       JUSTICE